UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  21-mj-04360 McAliley

UNITED STATES OF AMERICA,

v.

CARLOS DANIEL CARRILLO,
JOSE ANTONIO CARRILLO, and
JESUS ANDRES CALLE-BALBIN

Defendants,
_____/

FILED BY____ER____D.C.

Dec 16, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   __ Yes  X  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __ Yes  X  No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   __ Yes  X  No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY:   /s/ Rilwan Adeduntan
RILWAN ADEDUNTAN
Assistant United States Attorney
Southern District of Florida
Court NO.: A5502193
99 Northeast 4th Street
Miami, Florida 33132-2111
305.961.9034
Rilwan.adeduntan@usdoj.gov

# UNITED STATES DISTRICT COURT
## for the
### SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| CARLOS DANIEL CARRILLO, JOSE ANTONIO CARRILLO, and JESUS ANDRES CALLE-BALBIN | ) ) ) ) ) | Case No. 21-mj-04360 McAliley |
| Defendant(s) | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about __December 6, 2021__, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). |
| | Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

DEA SA Alec Sanchez
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time.

Date: December 16, 2021

_____
Judge's signature

City and state: Miami, Florida

Hon. Chris M. McAliley, United States Magistrate Judge
Printed name and title

## **AFFIDAVIT**

I, Alec M. Sanchez, being duly sworn, hereby depose and state as follows:

1. I am employed as a Drug Enforcement Administration (DEA) Special Agent since 2018. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21 and 46 of the United States Code.  I am currently assigned to the DEA's Miami Field Division in Miami, Florida and have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience as a Special Agent with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics trafficking organizations operate, including maritime drug traffickers. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

2. The facts set forth in this Affidavit are based on my personal knowledge as well as information obtained from others. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against **Carlos Daniel CARRILLO, Jose Antonio CARRILLO, and Jesus Andres CALLE-Balbin** for knowingly and willfully conspiring to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

3. On or about December 6, 2021, a Dutch DH-8 Maritime Patrol Aircraft (MPA) located a go-fast vessel (GFV) approximately 145 nautical miles north of La Guajira, Colombia in international

1

waters and upon the high seas with three individuals on board. The HNLMS HOLLAND, which was in the area with U.S. Law Enforcement Detachment (LEDET) 109 on board, was diverted to investigate. Once in the vicinity, the HNLMS HOLLAND launched its helicopter and small boat with boarding team. Upon arrival at the scene of the GFV, the boarding team reported three persons on board who were later identified as **Carlos Daniel CARRILLO, Jose Antonio CARRILLO, and Jesus Andres CALLE-Balbin.** One of the individuals was identified as the master of the vessel and made a verbal claim of Dominican Republic nationality for the GFV. Based on this claim, the government of the Dominican Republic was contacted, and they advised they could not confirm nor deny registration of the vessel. Because of the Government of the Dominican Republic's response, the GFV was treated as a vessel without nationality, therefore, subject to the jurisdiction of the United States and a full law enforcement boarding was conducted.

4. The boarding team located a total of nineteen (19) bales and three (3) individual packages from the GFV which field tested positive for the presence of cocaine. A total of approximately 573 kilograms of suspected cocaine was recovered on board the vessel. All three individuals, along with the suspected cocaine, were transferred to the HNLMS HOLLAND.

[PAGE LEFT BLANK INTENTIONALLY]

5. Based on the foregoing facts, I submit that probable cause exists to believe **Carlos Daniel CARRILLO, Jose Antonio CARRILLO, and Jesus Andres CALLE-Balbin** did knowingly and willfully conspire to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
SPECIAL AGENT ALEC SANCHEZ
DRUG ENFORCEMENT ADMINISTRATION

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime this  16th  day of December, 2021.

_____
HONORABLE CHRIS M. McALILEY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA